IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MICHAEL S. GARRETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARREN POWER AND )<br>MACHINERY, LP AND WARREN )<br>EQUIPMENT COMPANY )<br>)<br>Defendant. ) | Case No. MO-07-CV-068 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal with prejudice of all claims of the Plaintiff and the Defendant alleged in this case and in MO-07-CV-16, which was consolidated with this case by order of the Court on or about February 12, 2008 (Doc. #31).  Each party will bear their own costs and attorneys' fees.

Respectfully submitted,

ANDREW, WILLIAMS & IKENBERRY
A Professional Corporation
2120 E. 15th Street
Tulsa, Oklahoma  74104-4646
(918) 583-1111
(918) 587-4414 (fax)

By:   s/ D. Kevin Ikenberry
      D. Kevin Ikenberry

    and

    Kevin R. Kelley
    Attorney at Law
    1861 East 15th Street
    Tulsa, Oklahoma 74104
    (918) 592-4000
    (918) 744-6300 (fax)

    ATTORNEYS FOR THE PLAINTIFF MICHAEL SHAWN GARRETT

    JENNINGS COOK & TEAGUE
    204 N. Robinson, Suite 1000
    Oklahoma City, Oklahoma 73102
    (405) 609-6000
    (405) 609-6501 (fax)

By:   s/ James A. Jennings
    James A. Jennings

    and

    Harper Estes
    State Bar No. 06675400
    B. Blue Hyatt
    State Bar No. 24032452
    LYNCH, CHAPPELL & ALSUP, P.C.
    A Professional Corporation
    300 N. Marienfeld, Suite 700
    Midland, Texas 79701
    (432) 683-3351
    (432) 683-8346 (fax)

    ATTORNEYS FOR DEFENDANTS

    (Signed by filing attorney with consent of non-filing attorney)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2008, the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Andrew Harper Estes
hestes@lcalawfirm.com,lfranklin@lcalawfirm.com,bhyatt@lcalawfirm.com

William C. Gaston
clay@cglaw.org,krystal@cglaw.org

Billy Blue Hyatt
bhyatt@lcalawfirm.com,djones@lcalawfirm.com

D. Kevin Ikenberry
kevin@awilaw.com,steve@awilaw.com,renee@awilaw.com

James Allen Jennings , III
jaj@jchlaw.com,amp@jchlaw.com,vlp@jchlaw.com

Linda Gensler Kaufmann
lgk@jchlaw.com,amp@jchlaw.com,vlp@jchlaw.com

Kevin R. Kelley
kevinkelley@tulsacoxmail.com,lawoffice1861@yahoo.com,kevkelaw@aol.com

Steven C. Kiser
skiser@lcalawfirm.com,dfisher@lcalawfirm.com

                                        s/ D. Kevin Ikenberry
                                        D. Kevin Ikenberry